MARTIN GOTTLIEB et al., Respondents, v. CINEMA EQUITIES, INC., et al., Appellants.—

Concur — McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.